Louis Sanders, as Administrator, etc., of Stella Sanders, Deceased, Respondent, v. Gray Kusmaul, Defendant, Impleaded with Thomas Emsley and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Sam Soogoff, Appellant, v. George J. Brown Organization, Inc., Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

283 Eastchester Road, Inc., Respondent, v. Ella Van Deusen and Another, Appellants, Impleaded with Others, Defendants.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

C. Milton Foreman, Respondent, v. Louis Jacques Construction Co., Inc., and Others, Respondents; The Peoples National Bank of Elizabeth, New Jersey, and Another, Appellants.— Motion to resettle order denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Paul Bjelka, Appellant, v. M. & Z. Mizeson Realty Co., Inc., and Others, Respondents, Impleaded with William S. Hart, as Former Sheriff of Richmond County, Defendant.— Order and judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion to dismiss the amended complaint denied, with ten dollars costs. Defendants may answer within ten days from service of a copy of the order herein. In our opinion the complaint states facts sufficient to require a trial of the action. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

Max Gutterman, Respondent, v. Sol Mannes and Robert P. Geller, Copartners, Trading as Empress Company, Appellants.— Order striking out defense of accord and satisfaction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper and Hagarty, JJ., concur; Young and Tompkins, JJ., dissent and vote to reverse, being of opinion that the answer is good as a defense of payment.